# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

| | |
|---|---|
| **In the Matter of:** | Case No. 09-31130 |
| Stokley Rudolph | Chapter 13 |
| **Debtor(s)** | |

PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.

### Objection to Claim No. 14
### Of Creditor Marthela Surles

COMES NOW the Debtor, by and through attorney, and hereby files an Objection to the Claim number of Marthaela Surles and as grounds for said Objection will state as follows:

1. The Debtor filed a Chapter 13 bankruptcy on April 29, 2009.

2. The creditor MARTHAELA SURLES filed a PRIORITY proof of claim for $ 5809.00 CLAIM NO. 14

3. The proof of claim as filed was filed improperly in that the creditor is filing a duplicate claim. The debtor has already made provisions in the plan, in the amount of $9000.00 to be paid to The State of Alabama Department of Human Resorces for Domestic Support Obligations.

WHEREFORE, the premises considered, the Debtor objects to the claim of **MARTHELA SURLES**, Claim No.14 being treated as a priority creditor and asks that this Court reclassify the claim as an unsecured claim.

Respectfully submitted,

/s/ Richard D. Shinbaum
*Attorney for Debtor:*
Richard D. Shinbaum
Shinbaum, McLeod & Campbell, P.C.
566 South Perry Street
Post Office Box 201
Montgomery, AL 36101-0201
334-269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day December 29, 2009.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs
Marthela Surles
1125 Mary Jackson Road
Hayneville AL. 36040